UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 42475
   STEPHEN M MANN
   BELINDA R MANN                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3033    SSN XXX-XX-5522

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/16/04 and confirmed on 02/15/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  72000.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 19041.05 | .00 | 19041.05 |
| DAIMLER CHRYSLER FINANCI | SECURED | 12077.17 | 1186.82 | 12077.17 |
| A NEW HORIZON | UNSECURED | NOT FILED | .00 | .00 |
| ABERCROMBIE & FITCH | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1441.30 | .00 | 991.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| B FIRST LLC | UNSECURED | 3915.11 | .00 | 2693.13 |
| B FIRST LLC | UNSECURED | 2297.96 | .00 | 1580.72 |
| B FIRST LLC | UNSECURED | 6254.05 | .00 | 4302.04 |
| B FIRST LLC | UNSECURED | 7206.90 | .00 | 4957.49 |
| DISCOVER BANK | UNSECURED | 4884.54 | .00 | 3359.98 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5340.82 | .00 | 3673.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 233.14 | .00 | 160.37 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3894.81 | .00 | 2679.17 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 12147.48 | .00 | 8356.02 |
| B FIRST LLC | UNSECURED | 3053.99 | .00 | 2100.78 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        31118.22          .00      50670.10          .00      81788.32
PRINCIPAL PAID            31118.22          .00      34854.99          .00      65973.21
INTEREST PAID              1186.82          .00           .00          .00       1186.82
TOTAL PAID                32305.04          .00      34854.99          .00      67160.03
```
The Debtor's attorney, KOFKIN & SCHEINBAUM              , was allowed $   2700.00
and was paid $    806.00  direct and $   1894.00  through the plan.

The Trustee received $   2945.97 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated:  03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 42475 STEPHEN M MANN & BELINDA R MANN
```